IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WIDTFELDT,<br><br>        Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE, MARTIN SHOEMAKER, US DOJ Tax; JOSEPH KELLY, USDOJ Tax; RACHEL WOLLITZER, USDOJ Tax; DOUGLAS POLSKY, USDOJ; JAMES DAUGHERTY, Agent, IRS; US OFFICE OF NAVAL RESEARCH, ARTHUR WELP, Administrative Law Judge; DEPARTMENT OF JUSTICE, US TREASURY, ROBERT F. ROSSITERJR., U.S. District Judge; DIANE KROUPA, US Tax Court Judge; CONNIE KROTTER, Holt County Clerk; COUNCIL FOR DISCIPLINE, NSBA, JANET KROTTER CHVALA, Disbarred Lawyer; and SUCCESSORS, US DEMOCRAT PARTY,<br><br>        Defendants. | 8:20-CV-87<br><br>**MEMORANDUM AND ORDER** |

        This matter is before the Court on the Notice of Appeal and Consolidation of Appeals and documents regarding public auction sale, Filing 20, along with a check for $505 for appeal filing fee received from Plaintiff, James Widtfeldt.

        Widtfeldt has not articulated which particular matter or order in this action he is attempting to appeal. As previously stated in the Court's text Order dated August 11, 2020, there is no final order, 28 U.S.C. § 1291, or interlocutory decision, 29 U.S.C. § 1292, from which Defendant can appeal in this case. Accordingly,

        IT IS ORDERED:

1. Defendant's second Notice of Appeal, Filing 20, which the Court construes as a motion to certify for interlocutory appeal is denied; and

2. The Clerk's Office is directed to return James Widtfeldt's filing fee of $505 to him at his last known address.

Dated this 14th day of August, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge