IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WIDTFELDT, <br><br> Plaintiff, <br><br> vs. <br><br> CONNIE KROTTER, Holt County Clerk; COUNCIL FOR DISCIPLINE, NSBA; and SUCCESSORS, US DEMOCRAT PARTY, <br><br> Defendants. | **8:20-CV-87** <br><br><br> **ORDER** |

This matter comes before the Court on its own motion regarding Plaintiff's, James Widtfeldt's, failure to prosecute. On August 25, 2020, the Court issued a Memorandum and Order dismissing several defendants as parties to this action and ordering Widtfeldt to show cause for his failure to serve other defendants. *See* Filing 23. The Court ordered Widtfeldt to "show cause on or before September 8, 2020, why the remainder of this case against Connie Krotter, the NSBA, and U.S. Democrat Party should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for want of prosecution or otherwise face dismissal without further notice." Filing 23 at 10.

Widtfeldt has not shown cause why the remainder of this action should not be dismissed for want of prosecution pursuant Federal Rule of Civil Procedure 4(m), and he has thereby failed to comply with the Court's order. Accordingly, the Court dismisses the remainder of this action for want of prosecution.

IT IS ORDERED:

1. This action is dismissed pursuant to Federal Rule of Civil Procedure 4(m) for want of prosecution; and

2. A separate judgment will be entered.

Dated this 11th day of September, 2020.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge

2